**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CRIM NO.11 CR-20551-52

JOSH BARNES,

    Defendant.
_____/

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**

The Court has been notified that due to health reasons, counsel is physically unable to continue representation of Defendant Josh Barnes. Upon consideration of the request, the court has determined that there is sufficient reason for Mr. Bunting to be allowed to withdraw as counsel. Therefore,

IT IS ORDERED that the Federal Defender's Office appoint a member of the CJA panel to represent defendant for the remainder of these proceedings.

IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

                                            s/ Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: January 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2014, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522