UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                  Case No.: 11-20551-RHC

JOSHUA BARNES,              Hon. Robert H. Cleland

          Defendant.
_____/

## ORDER FOR APPROVAL OF COSTS

IT IS HEREBY ORDERED that Stephen T. Rabaut's request for approval of costs in the amount of $129.61 associated with his travel to Portsmith, Ohio to meet with the Defendant is granted.

SO ORDERED.

Entered: JUN 3 0 2015

Robert H. Cleland
UNITED STATES DISTRICT JUDGE